# United States District Court
# Central District of California
# Western Division

CARPENTERS SOUTHWEST
ADMINISTRATIVE
CORPORATION, *et al.*,

         Plaintiffs,

   v.

MDS DOORS, INC., *et al.*,

         Defendants.

CV 17-02985 TJH (SSx)

## Order and Judgment

JS-6

     The Court considered Plaintiffs' motion for default judgment, together with the moving papers.

     It is Ordered that Plaintiffs' motion for default judgment be, and hereby is, Granted.

     It is further Ordered, Adjudged, and Decreed that judgment be, and hereby is, Entered in favor of Plaintiffs Carpenters Southwest Administrative Corporation and Board of Trustees for the Carpenters Southwest Trusts, and against Defendant

MDS Doors, Inc. in the amount of $64,310.02, based on the sum of the following:

| | | |
|---|---|---|
| 1. | Unpaid contributions | $39,459.39 |
| 2. | Interest on the unpaid contributions pursuant to 29 U.S.C. § 1132(g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to billing date | 324.75 |
| 3. | Audit fees | 81.00 |
| 4. | Interest from due date to May 16, 2018 (accruing at $7.57 per day) | 6,880.49 |
| 5. | Interest pursuant to 29 U.S.C. § 1132(g)(2)(c) (double interest on contributions) | 14,572.48 |
| 6. | Attorneys' fees pursuant to Local Rule 55-3 | 2,991.91 |

𝕴𝖙 𝖎𝖘 𝖋𝖚𝖗𝖙𝖍𝖊𝖗 𝕺𝖗𝖉𝖊𝖗𝖊𝖉, 𝕬𝖉𝖏𝖚𝖉𝖌𝖊𝖉, 𝖆𝖓𝖉 𝕯𝖊𝖈𝖗𝖊𝖊𝖉 that judgment be, and hereby is, 𝕰𝖓𝖙𝖊𝖗𝖊𝖉 in favor of Plaintiffs Carpenters Southwest Administrative Corporation and Board of Trustees for the Carpenters Southwest Trusts, and against Defendants Jeffrey Wayne Smith and Ines F. Smith in the amount of $10,001.42, based on the sum of the following:

| | | |
|---|---|---|
| 1. | Unpaid contributions | $7,600.64 |
| 2. | Interest on the unpaid contributions pursuant to 29 U.S.C. § 1132(g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to May 16, 2018 (accruing at $1.46 per day) | 1,440.72 |
| 3. | Attorneys' fees pursuant to Local Rule 55-3 | 960.06 |

It is further Ordered that Plaintiffs may submit a bill of costs to the Clerk of Court.

It is further Ordered that this judgment shall bear interest at the rate of 2.28% per annum, pursuant to 28 U.S.C. § 1961(a).

Date: May 16, 2018

Terry J. Hatter, Jr.
Senior United States District Judge