CASEY JENSEN, Bar No. 263593
cjensen@deconsel.com
DeCARLO & SHANLEY
A Professional Corporation
533 S. Fremont Avenue, 9th Floor
Los Angeles, California 90071-1706
Telephone: 213/488-4100
Telecopier: 213/488-4180

ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, <br><br> Plaintiffs, <br><br> v. <br><br> MDS DOORS, INC., a California corporation, also known as M D S DOORS, INC.; JEFFREY WAYNE SMITH, an individual, also known as JEFF SMITH; INES F. SMITH, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 2:17-cv-02985-TJH-SS <br><br> AMENDED JUDGMENT |

It appearing that defendants, MDS DOORS, INC., a California corporation, also known as M D S DOORS, INC., JEFFREY WAYNE SMITH, an individual, also known as JEFF SMITH and INES F. SMITH, an individual, having been regularly served with process, having failed to plead or otherwise defend this action and its default having been entered; on application of the CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF

TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to the Court and after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment against MDS DOORS, INC., a California corporation, also known as M D S DOORS, INC.:

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $39,459.39 |
| 2 | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to billing date | 324.75 |
| 3. | Audit Fees | 81.00 |
| 4. | Interest from due date to May 16, 2018 (accruing at $7.57 per day) | 6,880.49 |
| 5. | Interest pursuant to 29 U.S.C.A. 1132(g)(2)(C) (double interest on contributions) | 7,205.24 |
| 6. | Attorneys' fees pursuant to Local Rule 55-3 | 2,991.91 |
| | GRAND TOTAL | $56,942.78 |
| 7. | Plus costs to be determined after entry of judgment. | |
| 8. | Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of 2.28% per annum. | |

AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' SECOND CLAIM FOR RELIEF FOR DEFALCATION AGAINST JEFFREY WAYNE SMITH, an individual, also known as JEFF SMITH and INES F. SMITH, an individual:

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $7,600.64 |
| 2. | Interest on the unpaid contributions pursuant | |

|   |   |   |
|---|---|---|
| | to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to May 16, 2018 (accruing at $1.46 per day) | 1,440.72 |
| 3. | Attorneys' fees pursuant to Local Rule 55-3 | 960.06 |
| **GRAND TOTAL** | | $10.001.42 |

4. Plus costs to be determined after entry of judgment.

5. Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of 2.28% per annum.

DATED: November 29, 2018  _/s/ Terry J. Hatter, Jr._____
HONORABLE TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

Presented by,

DeCARLO & SHANLEY
A Professional Corporation

By:   /S/   Casey Jensen
        CASEY JENSEN
        Attorney for Plaintiffs